IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BOOTH T. JAMES, III, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv332-MHT |
| | ) | (WO) |
| MONTGOMERY REGIONAL | ) | |
| AIRPORT AUTHORITY, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting that defendants retaliated against him in violation of his First Amendment right to freedom of speech because he acted as a whistleblower. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be

overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of August, 2017.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**