IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BOOTH T. JAMES, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv332-MHT |
| ) | (WO) |
| MONTGOMERY REGIONAL ) | |
| AIRPORT AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 66) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 65) is adopted.

(3) Defendants' motion for summary judgment (doc. no. 59) is granted.

(4) Judgment is entered in favor of defendants and

against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of August, 2017.

                                         /s/ Myron H. Thompson  
                                         **UNITED STATES DISTRICT JUDGE**